UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICHARD PAYNE,

    Plaintiff,

v.

**JUDGMENT**

No. 5:12-CV-68-FL

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 27, 2012, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on August 28, 2012, and Copies To:**

Elizabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

August 28, 2012                    JULIE A. RICHARDS, CLERK
                                        /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk